ELIOT R. HUDSON (Bar No. 66251)
eliot.hudson@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California  94105-2933
Tel:  415.836.2500
Fax:  415.836.2501

MICHAEL P. O'DAY (*Appearing Pro Hac Vice*)
michael.oday@dlapiper.com
KATHLEEN A. BIRRANE (*Appearing Pro Hac Vice*)
kathleen.birrane@dlapiper.com
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland  21209
Tel:  410.580.3000
Fax:  410.580.3001

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and ALLSTATE
INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA STEVENSON, | CASE NO.  15-CV-04788 YGR |
| Plaintiff, | **DECLARATION OF MICHAEL P. O'DAY IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| v. | |
| ALLSTATE INSURANCE CO.; and ALLSTATE INDEMNITY CO., | DATE: January 12, 2016 |
| Defendants. | TIME:  2:00 p.m. |
| | DEPT:  Oakland Courthouse, Courtroom 1-4th Floor |

I, Michael O'Day, hereby declare and affirm under the penalties of perjury as follows:

1.      I am a partner at DLA Piper LLP and counsel for Defendants Allstate Indemnity Company and Allstate Insurance Company.  I have been admitted *pro hac vice* in the above-captioned matter.  I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently as to such facts.

2.      I have reviewed the Class Action Complaint and the First Amended Class Action Complaint (the "FAC") filed by Plaintiff in this matter.  In paragraph 49 of the FAC, Plaintiff

-- 1 --

DECLARATION OF MICHAEL P. O'DAY ISO
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

refers to a page on Allstate's website titled "Understanding Your Car Insurance Quote," located at http://www.allstate.com/tools-and-resources/car-insurance/understanding-your-online-car-insurance-quote.aspx. I entered this website address into my internet browser and was directed to the page with the article "Understanding Your Car Insurance Quote." I reviewed and printed the content of that page, a true and correct copy of which is attached as Exhibit A.

3.      In paragraph 53 of the FAC, Plaintiff refers to a page on Allstate's website titled "How Much Can Car Insurance Cost?," located at http://www.allstate.com/tools-and-resources/car-insurance/car-insurance-cost.aspx. I entered this website address into my internet browser and was directed to the page with the article "How Much Can Car Insurance Cost?" I reviewed and printed the content of that page, a true and correct copy of which is attached as Exhibit B.

4.      In paragraph 54 of the FAC, Plaintiff refers to a page on Allstate's website titled "Many Factors Affect Your Auto Insurance Premium" located at http://www.allstate.com/tools-and-resources/car-insurance/factors-affect-your-auto-insurance.aspx. I entered this website address into my internet browser and was directed to the page with the article "Many Factors Affect Your Auto Insurance Premium." I reviewed and printed the content of that page, a true and correct copy of which is attached as Exhibit C.

I declare under the penalties of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of November, 2015, at Baltimore, Maryland.


*/s/ Michael P. O'Day*

DLA PIPER LLP (US)
SAN FRANCISCO

-- 2 --

DECLARATION OF MICHAEL P. O'DAY ISO
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

# EXHIBIT A

Home  ·  Tools & Resources  >  Car Insurance Quote                                   ➕ Share    Text Size ᴀ A A

# Understanding Your Online Car Insurance Quote

Getting a fast online car insurance quote is easy—it's getting an *accurate* online quote that can require a bit of work and preparation on your part, and may take more time. But, it's entirely possible. When shopping for competitively priced auto insurance, your best bet is to have easy access to the following information that will determine how much you pay and what level of coverage you'll get for that price.



### Review your driving record.

When you submit an online car insurance application, the insurer obtains your official driving record from the Department of Motor Vehicles database of your home state. This record tells the company how many prior accidents you have been involved in and about any convictions you have. Taking this information into consideration is key to helping a car insurer provide you with a quote that's accurate. Since you'll be asked questions about your driving history, it's important that you not leave anything out—even if it's something you'd rather not admit. Order a copy of your driving record and review it prior to submitting an online application. If you see anything on your record that's erroneous or that should have fallen off by now, take steps to address this with the DMV so that your record will accurately reflect your driving habits

### Know how much insurance you need ahead of time.

Establishing coverage limits is key to determining the cost of buying car insurance. For example, if you only want the bare minimum state requirement for bodily injury liability, your quote will likely be far lower than if you were to opt for the maximum allowable amount. If you're not sure how much insurance you need, first review your state's requirements, then consider the following with regard to some of the most common insurance coverages available:

- Liability coverage pays for bodily injury and property damages resulting from an accident you caused. This should be set at an amount that will protect you from having to pay out of pocket if those damages exceed your insurance limit.

- Medical payments coverage pays medical expenses incurred by you or your passengers, regardless of who's at fault in an accident. If you already have good health insurance coverage, you may only need a minimal level of coverage. But if you're not enrolled in an existing health benefits plan, you may want to select higher medical payment coverage limits.

- Uninsured motorists insurance isn't always mandatory, but it could come in handy if you cross paths with the one in seven uninsured drivers that the Insurance Research Council says are on the road today. This type of insurance usually pays for damage caused by the uninsured driver.

- Collision coverage pays for damages done to your car, but if your car isn't worth much and you don't owe any money on it, spending too much on this coverage might be ill advised.

- Comprehensive coverage pays for any losses that don't come as a result of a collision, like a fire, theft or vandalism.

### How a car insurance quote is determined.

Once you've provided all of the necessary information, you'll be given a quote for coverage. The quote you receive is impacted by the following factors:

- Your driving record.
- Your past insurance claims history.
- Your vehicle type and value.
- Included safety features in your car, which could effectively limit the extent of bodily damage you suffer in an accident.
- Included security features in your car, such as anti-theft alarms or devices, which are likely to have an impact on preventing your car from being stolen.
- Where you live, which could directly influence the safety of your car with respect to theft and certain natural disasters.
- How often you drive, which tells an insurance company how frequently your car is exposed to risk.

Tools & Resources

Understanding Your Online Car Insurance Quote—Allstate                    Page 2 of 2

Welcome

Auto

Home

Renters

Life & Retirement

Motorcycle

Power Sports

Business

Identity Restoration

Landlord Toolkit

Calculators

Explore Topics

So, when you're getting your online car insurance quote, it's important to provide complete, accurate information to make sure you receive a good quote.

### Recommended Resources:

- What to Know Before You Buy Car Insurance Online
- How to Compare Car Insurance Quotes
- How to Compare Car Insurance Rates Effectively

*Published: September 2012*

Coverage subject to terms, conditions, and availability. Policy issuance is subject to qualifications. Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, Northbrook, IL. © 2013 Allstate Insurance Company, Northbrook, IL

# EXHIBIT B

Home > Tools & Resources > Car Insurance > How Much Can Car Insurance Cost?

🔲 Share    Text Size A A A

## How Much Can Car Insurance Cost?

*Published: May 2013*

The cost of car insurance depends on many factors, including the types of coverages you want included in your policy, the amount of your deductible and the limits of coverage. Things like the make and model of your car also can be taken into account, as well your driving record, age, where you live and more.



Auto insurance premiums are determined, in part, by what coverages you decide to buy. Your state specifies a required limit of liability coverage, and if you still owe money on your auto loan or if you have a lease, many coverages—like comprehensive and collision coverage—are required by your lender or the company that holds your lease.

The limit is the dollar amount up to which your policy will pay for damages for a covered loss. The deductible is the amount of money you must pay out of pocket in the event of a claim before your policy begins to pay for covered losses. You may be able to save money on car insurance premiums by raising your deductibles, but you should consider whether it's worth the savings. You need to make sure you can afford to pay your deductible in the event of a claim.

If you own your car outright, you are still required by state law to have certain limits of liability coverage, but other coverages, such as collision and comprehensive, become optional. In that case, you have the choice of whether you want to purchase collision and comprehensive coverage. While it may be tempting to save on monthly premiums by not selecting these coverages, you also should consider whether you would be able to afford to repair or replace your car in the event of an accident. If you are concerned about this, consider collision and comprehensive coverage, even if they're not required.

In addition to the types of coverage, deductibles and limits you have, there are some other factors that can affect the cost of auto insurance.

**Where do you live?** Auto insurers often take your geographical location into consideration when setting premiums.

**What is your driving record like?** Your driving record and history of accidents may also affect how much you can expect to pay for car insurance. This is one of the reasons why it's important to periodically obtain a copy of your driving record from your local Department of Motor Vehicles. If you discover any marks on your driving record that should have fallen off or are incorrect, you can address this issue with your DMV. It could make a difference in how much you pay for car insurance.

Tools & Resources

**What kind of car do you drive?** This is another factor that could impact your insurance rates. Most insurance companies charge more for a newer, more expensive car.

Welcome

Auto

Home

Renters

Life & Retirement

Motorcycle

Power Sports

Business

Identity Restoration

Landlord Toolkit

Calculators

Explore Topics

These aren't the only factors that insurance companies look at when determining how much your car insurance is going to cost. There are other factors involved, including everything from your age to what kind of anti-theft devices your vehicle is equipped with.

**Recommended Resources:**

- How to Compare Car Insurance Quotes
- Understanding Your Online Car Insurance Quote

Coverage subject to terms, conditions, and availability. Policy issuance is subject to qualifications. Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire and Casualty Insurance Company. Allstate Property and Casualty Insurance Company, Northbrook II. © 2013 Allstate Insurance Company, Northbrook. II.

# EXHIBIT C

Many Factors Affect Your Auto Insurance Premium—Allstate                                    Page 1 of 2

Home ⸱ Tools & Resources ⸱ Factors Affect Your Auto Insurance      ☐ Share │ Text Size  A A A

# Many Factors Affect Your Auto Insurance Premium

It's ironic that buying auto insurance is almost completely unlike purchasing the car you're insuring. While it's easy to see the car's sticker price, your auto insurance premium is set by dozens of factors, ranging from your age to where you live and areas in which you do most of your driving.

When considering this auto insurance information, it's important to keep in mind that these are rules of thumb, and that your premium is set by each insurance company's unique practices. To learn more about why your premium could change, check out our interactive guide: My Premium Changed—Why?

✕  Congested rush hour traffic

**What Factors Into Your Auto Insurance Premium?**

**The Car You Drive & Auto Insurance Cost**
A general rule of thumb is that a more expensive car costs more to insure—all other things being equal—than a car that costs significantly less. Of course, the deductible amounts you choose significantly affect your auto insurance premium, with lower deductibles typically translating into higher premium payments.

**Your Driving Record Predicts Auto Insurance Cost**
If you've been in multiple accidents, especially if you were at fault, your cost for auto insurance is likely to be higher than someone with several years of accident-free driving.

**Your Auto Insurance Premium Factors in Where & How Much You Drive**
Your neighborhood and where you park your car overnight affects your auto insurance premium. Urban neighborhoods typically have higher rates of accidents, theft, and vandalism than more rural areas, resulting in premiums that are likely to be higher.

Likewise, someone commuting 50 miles a day may pay a higher auto insurance premium than someone whose commute is only 10 miles, since more miles behind the wheel means more exposure to risk.

**Demographics are Part of Your Auto Insurance Premium**
Your age, sex, and whether or not you're married are all factored in as part of your premium. But a key point here is that drivers under 25—especially unmarried males—typically cost more to insure. In fact, adding a teenage driver to your auto insurance policy may greatly affect your auto insurance premium.

Many companies also consider your credit rating and history when setting your auto insurance premium.

**Strategies for Saving on Your Auto Insurance Premium**

**Shop for Auto Insurance Discounts**
At Allstate, we offer more than a dozen auto insurance discounts, including multiple policy, safe driver,

Tools & Resources

Many Factors Affect Your Auto Insurance Premium—Allstate

Welcome

Auto

Home

Renters

Life & Retirement

Motorcycle

Power Sports

Business

Identity Restoration

Calculators

Explore Topics

safe car, student, and senior discounts. Keep in mind, though, that not all discounts are available in every state—get a no-obligation auto insurance quote to see all the discounts you could qualify for.

*Published: June 2011*

* This information was obtained by the Pennsylvania Auto Theft Prevention Authority at www.watchyourcar.org

The availability qualifications and amounts of these discounts may vary from state to state. In addition, terms, conditions and exclusions not described above may apply, and total savings may vary depending on the coverages purchased. In some states, we may offer discounts that are not listed here. For more information regarding your eligibility for these savings opportunities, please contact your Allstate agent.