David Borgen (SBN 99354)
dborgen@gbdhlegal.com
James Kan (SBN 240749)
jkan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Jay Angoff (D.C. Bar 248641)
Cyrus Mehri (D.C. Bar 420970)
Steven Skalet (D.C. Bar 359804)
MEHRI & SKALET PLLC
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036
Tel: (202) 822-5100

Attorneys for Plaintiff
*(Additional Counsel listed on Signature Page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA STEVENSON, | Case No.: 4:15-cv-04788-YGR |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | Hon. Yvonne Gonzalez Rogers |
| ALLSTATE INSURANCE CO., and ALLSTATE INDEMNITY CO., | |
| Defendant(s). | |

Pursuant to the Clerk's Notice Continuing Compliance Hearing (Dkt. No. 53), Plaintiff Andrea Stevenson ("Plaintiff") and Defendants Allstate Insurance Co. and Allstate Indemnity Co. (together, "Defendants") hereby submit this joint status update.

On March 30, 2018, July 6, 2018, August 24, 2018, and May 3, 2019, the parties filed Joint Status Reports in connection with the California Department of Insurance's ("CDI") Notice of Hearing before the CDI's Administrative Hearing Bureau. (Dkt. Nos. 45, 47, 49 and 52). The parties incorporate those reports by reference and provide the following updates. Since September 2018, the parties have been engaged in document discovery in the hearing before Chief Administrative Law Judge Kristin L. Rosi.

*In the Matter of the Rating Practices of Allstate Insurance Company and Allstate Indemnity Company*, File No.: NC-2018-00001.  On May 20, 2019, the parties appeared before Judge Rosi for a scheduling conference.  On May 20, 2019, Judge Rosi issued an Order Following Third Scheduling Conference, a copy of which is attached as Exhibit A.  Judge Rosi scheduled a fourth scheduling conference for June 7, 2019, but noted that conference may be taken off the calendar if Allstate completed its document production in response to Plaintiff's, the CDI's, and Consumer Watchdog's first document requests prior to June 7, 2019.  *Id.*  Because Allstate completed that production by June 7, 2019, the fourth scheduling conference was continued until August 15, 2019.  *See* Order Continuing Fourth Scheduling Conference, a copy of which is attached as Exhibit B.

On August 15, 2019 counsel for Plaintiff, Defendants, the CDI, and Consumer Watchdog appeared before Judge Rosi for a fourth scheduling conference.  Prior to the conference, on August 6, 2019, the CDI, Plaintiff and Consumer Watchdog issued Second Requests for the Production of Documents, which are currently pending.  On August 21, 2019, Judge Rosi issued an order, setting forth, among other things, dates for briefing a motion to compel and a hearing date with respect to the Second Requests for the Production of Documents, if needed, should the parties have any discovery disputes. *See* Order Following Fourth Scheduling Conference, a copy of which is attached as Exhibit C.   Judge Rosi also ordered Plaintiff, Defendants, the CDI, and Consumer Watchdog to file a Second Joint Scheduling Conference Statement by October 18, 2019 proposing dates for, among other things, the evidentiary hearing. *Id.* Judge Rosi set the next scheduling conference for October 22, 2019.  *Id.*

 Dated:  August 23, 2019

GOLDSTEIN, BORGEN, DARDARIAN & HO

  _/s/_ David Borgen
David Borgen

Peter Kahana (admitted *pro hac vice*)
Jeff Osterwise (PA Bar 201589)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Tel:  (215) 875-3000
Fax: (215) 875-4604

Jonathan K. Tycko (D.C. Bar 45851)
Andrea R. Gold (admitted *pro hac vice*)
TYCKO & ZAVAREEI LLP
1828 L Street NW, Suite 1000
Washington, DC 20036
Tel:  (202) 973-0900
Fax:  (202) 973-0950

Attorneys for Plaintiff


DLA PIPER LLP (US)


  */s/* Michael P. O'Day
Michael P. O'Day (admitted *pro hac vice*)
michael.oday@dlapiper.com
Kathleen A. Birrane (admitted *pro hac vice*)
kathleen.birrane@dlapiper.com
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland  21209
Tel:  410.580.3000
Fax:  410.580.3001


Amanda Morgan (Bar No. 246277)
amanda.morgan@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California  94105-2933
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Defendants
Allstate Insurance Company and Allstate Indemnity
Company

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: August 23, 2019

*/s/ David Borgen*
David Borgen
Attorneys for Plaintiff

# EXHIBIT A

DEPARTMENT OF INSURANCE
ADMINISTRATIVE HEARING BUREAU
45 Fremont Street, 22nd Floor
San Francisco, CA  94105
Telephone:  (415) 538-4251 or (415) 538-4243
FAX No.: (415) 904-5854

## BEFORE THE INSURANCE COMMISSIONER

## OF THE STATE OF CALIFORNIA

In the Matter of the Rating Practices of          )
                                                  )          FILE NO.: NC-2018-00001
ALLSTATE INSURANCE COMPANY                        )
and ALLSTATE INDEMNITY COMPANY,                   )
                                                  )
            Respondents.                          )
                                                  )
_____   )

## ORDER FOLLOWING THIRD SCHEDULING CONFERENCE

On May 20, 2019, Chief Administrative Law Judge (CALJ) Kristin L. Rosi held a

second scheduling conference in the Department of Insurance Hearing Room located at

45 Fremont Street, 22nd Floor in San Francisco, California.

Jennifer McCune, Esq. appeared on behalf of the California Department of

Insurance (CDI). Michael O'Day, Esq. of DLA Piper LLP, appeared on behalf of

Respondents Allstate Insurance Company and Allstate Indemnity Company (Allstate).

Daniel Sternberg, Esq. appeared on behalf of Intervenor Consumer Watchdog. And

Christine H. Monahan, Esq. of Mehri & Skalet PLLC, Andrea Gold, Esq. of Tycko &

Zavareei LLP and Jeff Osterwise, Esq. of Berger & Montague, P.C., appeared on behalf

of Intervenor Andrea Stevenson.

1

## I.    Background

On November 2, 2018, the CDI and Intervenor Andrea Stevenson filed a joint Motion to Compel Discovery in accordance with California Code of Regulations, title 10, section 2614.9 and the August 24, 2018 Post-Scheduling Conference Order. On November 9, 2018, Allstate filed an Opposition to the joint Motion to Compel.

On November 19, 2018, the CALJ heard oral argument on the joint Motion to Compel. And on November 26, 2018, the CALJ issued Final Rulings on the joint Motion to Compel. The final rulings ordered Farmers to produce all responsive documents by December 10, 2018.

On December 19, 2018, the CDI and Intervenors Andrea Stevenson and Consumer Watchdog requested an extension to serve their second request for production of documents. On December 20, 2018, the CALJ granted the parties request for an extension and amended the proceeding's schedule.

On January 9, 2019, the parties sent a letter indicating resolution of some discovery issues. The parties also noted they are continuing to meet and confer over search terms for Allstate's electronically-stored information (ESI). Accordingly, the parties requested the court continue the second scheduling conference until March 11, 2019. On that same date, the CALJ granted the motion.

On March 11, 2019, the parties participated in a second scheduling conference. During the status conference, the parties represented that Allstate continued to produce responsive documents and that the parties are close to an agreement on a set of search terms. As such, the parties requested the CALJ continue the scheduling conference until May 20, 2019. The CALJ orally granted this motion.

2

## II.     Allstate's Document Production

Allstate continues to provide documents responsive to the first discovery request on a rolling basis. Allstate anticipates completing its document production within the next three weeks. Accordingly, the CALJ ordered the parties to participate in a fourth scheduling conference to be held on June 7, 2019. The CALJ further indicated that the conference may be taken off calendar should Allstate complete its document production prior to June 7, 2019.

## ORDER

1.  The fourth scheduling conference shall be held on **June 7, 2019 at 9:00 a.m.** in the California Department of Insurance Hearing Room, located at 45 Fremont Street, 22nd Floor, San Francisco, California.

2.  Parties wishing to appear at the second scheduling conference telephonically shall follow the procedures outlined in the August 23, 2018 Post-Scheduling Conference Order.

Dated:  May 20, 2019

**KRISTIN L. ROSI**
Chief Administrative Law Judge
Administrative Hearing Bureau
California Department of Insurance

## DECLARATION OF SERVICE BY MAIL (AND FAX)

Case Name/No.:        **In the Matter of the Rating Practices of:**
**ALLSTATE INSURANCE COMPANY AND**
**ALLSTATE INDEMNITY COMPANY**
**FILE NO. NC-2018-00001**

I, **CAMILLE E. JOHNSON ,** declare that:

I am employed in the County of San Francisco, California.  I am over the age of 18 years and not a party to this action.  My business address is State of California, Department of Insurance, Administrative Hearing Bureau, 45 Fremont Street, 22nd Floor, San Francisco, California, 94105.

I am readily familiar with the business practices of the San Francisco Office of the California Department of Insurance for collection and processing of correspondence for mailing with the United States Postal Service.  Said ordinary business practice is that correspondence is deposited with the United States Postal Service that same day in San Francisco, California.

| X |        On <u>May 20, 2019</u>, following ordinary business practices, I caused a true and correct copy of the following document(s):

## ORDER FOLLOWING THIRD SCHEDULING CONFERENCE

to be placed for collection and mailing at the office of the California Department of Insurance at 45 Fremont Street, San Francisco, California, with proper postage prepaid, in a sealed envelope(s) addressed as follows:

### (SEE ATTACHED SERVICE LIST)

| X |        In addition, on <u>May 20, 2019</u>, I also faxed a copy of said document to all parties where indicated to the FAX number which is printed under each address on this Declaration.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on <u>May 20, 2019</u>.

<u>May 20, 2019</u>
DATE

C. E. JOHNSON

## PARTY SERVICE LIST
## FILE NO.NC-2018-00001

Kathleen Birrane, Esq.                          Attorney for Defendants
Michael P. O'Day, Esq.                          Allstate Insurance Co.
**DLA PIPER LLP (US)**
The Marbury Building
6225 Smith Avenue]
Baltimore, MD 21209-3600
Tel. No.: (410) 580-3000
FAX No.: (410) 580-3041


David Borgen, Esq.                              Attorneys for Plaintiff
James Kan, Esq.
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel. No.: (510) 763-9800
FAX No.: (510) 835-1417


Jay Angoff, Esq.                                Attorneys for Plaintiff
Cyrus Mehri, Esq.
Steven Skalet, Esq.
Christine Monahan, Esq.
**MEHRI & SKALET PLLC**
1250 Connecticut Ave. NW, Suite 300
Washington, D.C. 20036
Tel. No.: (202) 822-5100
FAX No.: (202) 822-4997


Shannon Carson, Esq.                            Attorneys for Plaintiff
Peter Kahana, Esq.
Jeff Osterwise, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Tel. No.: (215) 875-3000
FAX No.: (215) 875-4604


Jonathan K. Tycko, Esq.                         Attorneys for Plaintiff
Andrea Gold, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC   20036
Tel. No.: (202) 973-0900
FAX No.: (202) 973-0950


2

## PARTY SERVICE LIST
## FILE NO.NC-2018-00001

Harvey Rosenfield, Esq.                          Attorney(s) for Consumer Watchdog
Pamela Pressley, Esq.
Daniel R. Sternberg, Esq.
**CONSUMER WATCHDOG**
6330 South San Vicente Boulevard, Suite 250
Los Angeles, CA 90048
Tel.: (310) 392-0522
Fax No.:  (310) 392-8874


Robert Binion, Esq.                              Attorneys for California
Jennifer McCune, Esq.                            Department of Insurance
Jon Phenix, Esq.
Daniel Goodell, Esq.
Legal Division, Rate Enforcement Bureau
**CALIFORNIA DEPARTMENT OF INSURANCE**
45 Fremont Street, 21st Floor
San Francisco, CA  94105
Tel. No. : (415) 538-4112                        Via inter-office mail
FAX No.  : (415) 904-5490


## NON-PARTY


Edward Wu                                        (E-Mail)
Staff Counsel & Public Advisor
Office of the Public Advisor
**CALIFORNIA DEPARTMENT OF INSURANCE**
300 South Spring Street, 12th Floor
Los Angeles, CA  90013
Tel. No.: (213) 346-6635
FAX No.: (213) 897-9241

3

# EXHIBIT B

DEPARTMENT OF INSURANCE
ADMINISTRATIVE HEARING BUREAU
45 Fremont Street, 22nd Floor
San Francisco, CA 94105
Telephone: (415) 538-4251 or (415) 538-4243
FAX No.: (415) 904-5854

## BEFORE THE INSURANCE COMMISSIONER

## OF THE STATE OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Rating Practices of | ) |
| | ) FILE NO.: NC-2018-00001 |
| **ALLSTATE INSURANCE COMPANY** | ) |
| **and ALLSTATE INDEMNITY COMPANY,** | ) |
| | ) |
| Respondents. | ) |
| | ) |

## ORDER CONTINUING FOURTH SCHEDULING CONFERENCE

On May 20, 2019, Chief Administrative Law Judge (CALJ) Kristin L. Rosi ordered the parties to participate in a scheduling conference on June 7, 2019 at 9:00 a.m. in order to ensure Allstate Insurance Company and Allstate Indemnity Company (Allstate) completed its first production of documents.

On June 6, 2019, the parties sent a letter indicating Allstate had completed its first production of documents. The parties further indicated that given the volume of documents, additional time was needed for the California Department of Insurance (CDI) and Intervenors to review the documents and serve their Second Request for Production of Documents. The parties agreed that CDI and the Intervenors would serve the Second Request for Production of Documents no later than August 6, 2019 and requested the CALJ continue the June 7, 2019 scheduling conference.

The CALJ finds good cause and therefore IT IS ORDERED that:

1. The June 7, 2019 scheduling conference is taken off calendar.

2. The fourth scheduling conference shall be held on **August 15, 2019 at 10:00 a.m.** in the California Department of Insurance Hearing Room, located at 45 Fremont Street, 22nd Floor, San Francisco, California.

3. Parties wishing to appear at the second scheduling conference telephonically shall follow the procedures outlined in the August 23, 2018 Post-Scheduling Conference Order.


Dated:  June 6, 2019

**KRISTIN L. ROSI**
Chief Administrative Law Judge
Administrative Hearing Bureau

2

## DECLARATION OF SERVICE BY MAIL (AND FAX)

Case Name/No.:    **In the Matter of the Rating Practices of:**
**ALLSTATE INSURANCE COMPANY AND**
**ALLSTATE INDEMNITY COMPANY**
**FILE NO. NC-2018-00001**

I,  **CAMILLE E. JOHNSON** , declare that:

I am employed in the County of San Francisco, California. I am over the age of 18 years and not a party to this action. My business address is State of California, Department of Insurance, Administrative Hearing Bureau, 45 Fremont Street, 22nd Floor, San Francisco, California, 94105.

I am readily familiar with the business practices of the San Francisco Office of the California Department of Insurance for collection and processing of correspondence for mailing with the United States Postal Service. Said ordinary business practice is that correspondence is deposited with the United States Postal Service that same day in San Francisco, California.

[ X ]            On June 6, 2019 , following ordinary business practices, I caused a true and correct copy of the following document(s):

### ORDER CONTINUING FOURTH SCHEDULING CONFERENCE

to be placed for collection and mailing at the office of the California Department of Insurance at 45 Fremont Street, San Francisco, California, with proper postage prepaid, in a sealed envelope(s) addressed as follows:

### (SEE ATTACHED SERVICE LIST)

[ X ]            In addition, on June 6, 2019, I also faxed a copy of said document to all parties where indicated to the FAX number which is printed under each address on this Declaration.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on June 6, 2019.


June 6, 2019
DATE                                     C. E. JOHNSON

## PARTY SERVICE LIST
### FILE NO.NC-2018-00001

Kathleen Birrane, Esq.                                    Attorney for Defendants
Michael P. O'Day, Esq.                                   Allstate Insurance Co.
**DLA PIPER LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Tel. No.: (410) 580-3000
FAX No.: (410) 580-3041


David Borgen, Esq.                                        Attorneys for Plaintiff
James Kan, Esq.
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel. No.: (510) 763-9800
FAX No.: (510) 835-1417


Jay Angoff, Esq.                                         Attorneys for Plaintiff
Cyrus Mehri, Esq.
Steven Skalet, Esq.
Christine Monahan, Esq.
**MEHRI & SKALET PLLC**
1250 Connecticut Ave. NW, Suite 300
Washington, D.C. 20036
Tel. No.: (202) 822-5100
FAX No.: (202) 822-4997


Shannon Carson, Esq.                                     Attorneys for Plaintiff
Peter Kahana, Esq.
Jeff Osterwise, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel. No.: (215) 875-3000
FAX No.: (215) 875-4604


Jonathan K. Tycko, Esq.                                  Attorneys for Plaintiff
Andrea Gold, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC 20036
Tel. No.: (202) 973-0900
FAX No.: (202) 973-0950

2

## PARTY SERVICE LIST
## FILE NO.NC-2018-00001

Harvey Rosenfield, Esq.                        Attorney(s) for Consumer Watchdog
Pamela Pressley, Esq.
Daniel R. Sternberg, Esq.
**CONSUMER WATCHDOG**
6330 South San Vicente Boulevard, Suite 250
Los Angeles, CA 90048
Tel.: (310) 392-0522
Fax No.: (310) 392-8874


Robert Binion, Esq.                            Attorneys for California
Jennifer McCune, Esq.                          Department of Insurance
Jon Phenix, Esq.
Daniel Goodell, Esq.
Legal Division, Rate Enforcement Bureau
**CALIFORNIA DEPARTMENT OF INSURANCE**
45 Fremont Street, 21st Floor
San Francisco, CA 94105
Tel. No. : (415) 538-4112                       Via inter-office mail
FAX No. : (415) 904-5490


## NON-PARTY


Edward Wu                                       (E-Mail)
Staff Counsel & Public Advisor
Office of the Public Advisor
**CALIFORNIA DEPARTMENT OF INSURANCE**
300 South Spring Street, 12th Floor
Los Angeles, CA 90013
Tel. No.: (213) 346-6635
FAX No.: (213) 897-9241

3

# EXHIBIT C

DEPARTMENT OF INSURANCE
ADMINISTRATIVE HEARING BUREAU
45 Fremont Street, 22nd Floor
San Francisco, CA 94105
Telephone: (415) 538-4251 or (415) 538-4243
FAX No.: (415) 904-5854

## BEFORE THE INSURANCE COMMISSIONER

## OF THE STATE OF CALIFORNIA

In the Matter of the Rating Practices of          )
                                                  )  FILE NO.: NC-2018-00001
**ALLSTATE INSURANCE COMPANY**                    )
**and ALLSTATE INDEMNITY COMPANY,**               )
                                                  )
          Respondents.                            )
                                                  )

## ORDER FOLLOWING FOURTH SCHEDULING CONFERENCE

On August 15, 2019, Chief Administrative Law Judge (CALJ) Kristin L. Rosi

held a telephonic fourth scheduling conference in the above-referenced matter.

Jennifer McCune, Esq. and Jonathan Phenix, Esq. appeared on behalf of the

California Department of Insurance (CDI). Michael O'Day, Esq. of DLA Piper LLP,

appeared on behalf of Respondents Allstate Insurance Company and Allstate Indemnity

Company (Allstate). Harvey Rosenfield, Esq. and Daniel Sternberg, Esq. appeared on

behalf of Intervenor Consumer Watchdog. And Jay Angoff, Esq. of Mehri & Skalet

PLLC, Andrea Gold, Esq. of Tycko & Zavareei LLP and Jeff Osterwise, Esq. of Berger

& Montague, P.C., appeared on behalf of Intervenor Andrea Stevenson.

### I.   Second Request for Production

On August 6, 2019, the CDI, Consumer Watchdog and Andrea Stevenson served

Allstate with a Second Request for Production of Documents. Thus, pursuant to this

Court's December 20, 2018 Order, Allstate's Response to the Second Request for Production of Documents is due September 5, 2019.

**II.     Motion to Compel Discovery re: Second Request for Production**

As outlined in the December 20, 2018 Order, the CDI, Consumer Watchdog and Andrea Stevenson shall file and serve any Motion to Compel Discovery regarding the Second Request for Production of Documents on November 4, 2019. Allstate's Opposition to the Motion to Compel shall be filed and served on November 11, 2019. The hearing on the Motion to Compel Discovery shall be held at 10:00 a.m. on November 18, 2019, in the Administrative Hearing Bureau's San Francisco courtroom.

**III.    Meet and Confer re: Future Filing Deadlines**

During the status conference, the CALJ ordered the parties to meet and confer over future filing deadlines. Specifically, the CALJ orders the parties to file a Second Joint Scheduling Conference Statement with proposed dates for the filing of witness designations, joint statement of facts, pre-filed direct testimony and motions to strike. The Second Joint Scheduling Conference Statement shall also include proposed evidentiary hearing dates. The parties shall file this Statement no later than October 18, 2019.

## ORDER

1. Allstate shall serve all documents responsive to the Second Request for the Production of Documents no later than **September 5, 2019.**

2. CDI, Consumer Watchdog and Andrea Stevenson shall file and serve any Motion to Compel Discovery regarding the Second Request for Production of Documents no later than **November 4, 2019.**

2

3. Allstate shall file and serve any Opposition to the Motion to Compel Discovery regarding the Second Request for Production of Documents no later than **November 11, 2019**.

4. The parties shall appear for a hearing on any Motion to Compel Discovery regarding the Second Request for Production of Documents at **10:00 a.m. on November 18, 2019**, in Administrative Hearing Bureau's courtroom, located at 45 Fremont Street, 22nd Floor, San Francisco, California.

5. The parties shall file a Second Joint Scheduling Conference Statement, in accordance with Section III above, no later than **October 18, 2019**.

6. A fifth scheduling conference shall be held at **10:00 a.m. on October 22, 2019** in the Administrative Hearing Bureau's courtroom, located at 45 Fremont Street, 22nd Floor, San Francisco, California.

7. Parties wishing to appear at the scheduling conference or Motion to Compel telephonically shall follow the procedures outlined in the August 23, 2018 Post-Scheduling Conference Order.

Dated: August 19, 2019

**KRISTIN L. ROSI**
Chief Administrative Law Judge
Administrative Hearing Bureau
California Department of Insurance

3

## DECLARATION OF SERVICE BY MAIL (AND FAX)

Case Name/No.:

**In the Matter of the Rating Practices of:**
**ALLSTATE INSURANCE COMPANY AND**
**ALLSTATE INDEMNITY COMPANY**
**FILE NO. NC-2018-00001**

I, **CAMILLE E. JOHNSON,** declare that:

I am employed in the County of San Francisco, California. I am over the age of 18 years and not a party to this action. My business address is State of California, Department of Insurance, Administrative Hearing Bureau, 45 Fremont Street, 22nd Floor, San Francisco, California, 94105.

I am readily familiar with the business practices of the San Francisco Office of the California Department of Insurance for collection and processing of correspondence for mailing with the United States Postal Service. Said ordinary business practice is that correspondence is deposited with the United States Postal Service that same day in San Francisco, California.

[ X ]       On August 21, 2019 , following ordinary business practices, I caused a true and correct copy of the following document(s):

### ORDER FOLLOWING FOURTH SCHEDULING CONFERENCE,
### dated August 19, 2019

to be placed for collection and mailing at the office of the California Department of Insurance at 45 Fremont Street, San Francisco, California, with proper postage prepaid, in a sealed envelope(s) addressed as follows:

### (SEE ATTACHED SERVICE LIST)

[ X ]       In addition, on August 21, 2019, I also faxed a copy of said document to all parties where indicated to the FAX number which is printed under each address on this Declaration.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on August 21, 2019.

August 21, 2019
DATE

C. E. JOHNSON

## PARTY SERVICE LIST
## FILE NO.NC-2018-00001

Kathleen Birrane, Esq.                          Attorney for Defendants
Michael P. O'Day, Esq.                          Allstate Insurance Co.
**DLA PIPER LLP (US)**
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Tel. No.: (410) 580-3000
FAX No.: (410) 580-3041


David Borgen, Esq.                              Attorneys for Plaintiff
James Kan, Esq.
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel. No.: (510) 763-9800
FAX No.: (510) 835-1417


Jay Angoff, Esq.                                Attorneys for Plaintiff
Cyrus Mehri, Esq.
Steven Skalet, Esq.
Christine Monahan, Esq.
**MEHRI & SKALET PLLC**
1250 Connecticut Ave. NW, Suite 300
Washington, D.C. 20036
Tel. No.: (202) 822-5100
FAX No.: (202) 822-4997


Shannon Carson, Esq.                            Attorneys for Plaintiff
Peter Kahana, Esq.
Jeff Osterwise, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Tel. No.: (215) 875-3000
FAX No.: (215) 875-4604


Jonathan K. Tycko, Esq.                         Attorneys for Plaintiff
Andrea Gold, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC   20036
Tel. No.: (202) 973-0900
FAX No.: (202) 973-0950

## PARTY SERVICE LIST
## FILE NO.NC-2018-00001

Harvey Rosenfield, Esq.                          Attorney(s) for Consumer Watchdog
Pamela Pressley, Esq.
Daniel R. Sternberg, Esq.
**CONSUMER WATCHDOG**
6330 South San Vicente Boulevard, Suite 250
Los Angeles, CA 90048
Tel.: (310) 392-0522
Fax No.: (310) 392-8874


Robert Binion, Esq.                              Attorneys for California
Jennifer McCune, Esq.                            Department of Insurance
Jon Phenix, Esq.
Daniel Goodell, Esq.
Legal Division, Rate Enforcement Bureau
**CALIFORNIA DEPARTMENT OF INSURANCE**
45 Fremont Street, 21st Floor
San Francisco, CA   94105
Tel. No. : (415) 538-4112                        Via inter-office mail
FAX No.  : (415) 904-5490


## NON-PARTY


Edward Wu                                        (E-Mail)
Staff Counsel & Public Advisor
Office of the Public Advisor
**CALIFORNIA DEPARTMENT OF INSURANCE**
300 South Spring Street, 12th Floor
Los Angeles, CA   90013
Tel. No.: (213) 346-6635
FAX No.: (213) 897-9241