# EXHIBIT A

DEPARTMENT OF INSURANCE
ADMINISTRATIVE HEARING BUREAU
45 Fremont Street, 22nd Floor
San Francisco, CA 94105
Telephone: (415) 538-4251 or (415) 538-4243
FAX No.: (415) 904-5854

## BEFORE THE INSURANCE COMMISSIONER

## OF THE STATE OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Rating Practices of | ) |
| | ) FILE NO.: NC-2018-00001 |
| **ALLSTATE INSURANCE COMPANY** | ) |
| **and ALLSTATE INDEMNITY COMPANY,** | ) |
| | ) |
| Respondents. | ) |
| | ) |

## ORDER FOLLOWING FIFTH SCHEDULING CONFERENCE

On October 22, 2019, Chief Administrative Law Judge (CALJ) Kristin L. Rosi held a telephonic fifth scheduling conference in the above-referenced matter.

Jennifer McCune, Esq., Jonathan Phenix, Esq. and Daniel Goodell, Esq. appeared on behalf of the California Department of Insurance (CDI). Michael O'Day, Esq. of DLA Piper LLP, appeared on behalf of Respondents Allstate Insurance Company and Allstate Indemnity Company (Allstate). Daniel Sternberg, Esq. appeared on behalf of Intervenor Consumer Watchdog. And Jay Angoff, Esq. of Mehri & Skalet PLLC, Andrea Gold, Esq. of Tycko & Zavareei LLP and Jeff Osterwise, Esq. of Berger & Montague, P.C., appeared on behalf of Intervenor Andrea Stevenson.

1

### I. Depositions

During the status conference, Allstate indicated its desire to depose Intervenors' experts. CDI and Intervenors object to expert depositions. The CALJ granted the parties permission to brief this issue.

The parties agreed that Allstate shall file its brief on its motion to compel expert depositions on November 4, 2019, and that CDI and Intervenors shall file their oppositions on November 11, 2019. The parties are also aware that these dates coincide with other filing deadlines in this proceeding.

### II. Additional Procedural Deadlines

Given the uncertainty regarding depositions, the parties agree that further procedural deadlines will be set after the CALJ's order on Allstate's deposition request.

### ORDER

1. Allstate shall file a brief supporting its motion to compel the deposition of Intervenors' expert witnesses on **November 4, 2019**.

2. CDI and Intervenors shall file their opposition to Allstate's motion to compel the deposition of Intervenors' expert witnesses on **November 11, 2019**.

3. Exclusive of the table of contents and table of authorities, the brief and oppositions shall not exceed 30 pages. All briefs in excess of 20 pages shall contain a table of contents and a table of authorities.

Dated: October 22, 2019

**KRISTIN L. ROSI**
Chief Administrative Law Judge
Administrative Hearing Bureau
California Department of Insurance

2

## DECLARATION OF SERVICE BY MAIL (AND FAX)

Case Name/No.:  **In the Matter of the Rating Practices of:**
**ALLSTATE INSURANCE COMPANY AND**
**ALLSTATE INDEMNITY COMPANY**
**FILE NO. NC-2018-00001**

I, **CARMENCITA O. MALBOG**, declare that:

I am employed in the County of San Francisco, California. I am over the age of 18 years and not a party to this action. My business address is State of California, Department of Insurance, Administrative Hearing Bureau, 45 Fremont Street, 22nd Floor, San Francisco, California, 94105.

I am readily familiar with the business practices of the San Francisco Office of the California Department of Insurance for collection and processing of correspondence for mailing with the United States Postal Service. Said ordinary business practice is that correspondence is deposited with the United States Postal Service that same day in San Francisco, California.

[X]    On October 22, 2019, following ordinary business practices, I caused a true and correct copy of the following document(s):

### ORDER FOLLOWING FIFTH SCHEDULING CONFERENCE

to be placed for collection and mailing at the office of the California Department of Insurance at 45 Fremont Street, San Francisco, California, with proper postage prepaid, in a sealed envelope(s) addressed as follows:

### (SEE ATTACHED SERVICE LIST)

[X]    In addition, on October 22, 2019, I also faxed a copy of said document to all parties where indicated to the FAX number which is printed under each address on this Declaration.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on October 22, 2019.

October 22, 2019                                                  _C. M._
DATE                                                              C. O MALBOG

## PARTY SERVICE LIST
## FILE NO.NC-2018-00001

| | |
|---|---|
| Kathleen Birrane, Esq.<br>Michael P. O'Day, Esq.<br>**DLA PIPER LLP (US)**<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>Tel. No.: (410) 580-3000<br>FAX No.: (410) 580-3041 | Attorney for Defendants<br>Allstate Insurance Co. |
| David Borgen, Esq.<br>James Kan, Esq.<br>**GOLDSTEIN, BORGEN, DARDARIAN & HO**<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>Tel. No.: (510) 763-9800<br>FAX No.: (510) 835-1417 | Attorneys for Plaintiff |
| Jay Angoff, Esq.<br>Cyrus Mehri, Esq.<br>Steven Skalet, Esq.<br>Christine Monahan, Esq.<br>**MEHRI & SKALET PLLC**<br>1250 Connecticut Ave. NW, Suite 300<br>Washington, D.C. 20036<br>Tel. No.: (202) 822-5100<br>FAX No.: (202) 822-4997 | Attorneys for Plaintiff |
| Shannon Carson, Esq.<br>Peter Kahana, Esq.<br>Jeff Osterwise, Esq.<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel. No.: (215) 875-3000<br>FAX No.: (215) 875-4604 | Attorneys for Plaintiff |
| Jonathan K. Tycko, Esq.<br>Andrea Gold, Esq.<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street, NW, Suite 1000<br>Washington, DC 20036<br>Tel. No.: (202) 973-0900<br>FAX No.: (202) 973-0950 | Attorneys for Plaintiff |

2

## PARTY SERVICE LIST
## FILE NO.NC-2018-00001

| | |
|---|---|
| Harvey Rosenfield, Esq.<br>Pamela Pressley, Esq.<br>Daniel R. Sternberg, Esq.<br>**CONSUMER WATCHDOG**<br>6330 South San Vicente Boulevard, Suite 250<br>Los Angeles, CA 90048<br>Tel.: (310) 392-0522<br>Fax No.: (310) 861-0862 | Attorney(s) for Consumer Watchdog |
| Robert Binion, Esq.<br>Jennifer McCune, Esq.<br>Jon Phenix, Esq.<br>Daniel Goodell, Esq.<br>Legal Division, Rate Enforcement Bureau<br>**CALIFORNIA DEPARTMENT OF INSURANCE**<br>45 Fremont Street, 21st Floor<br>San Francisco, CA 94105<br>Tel. No.: (415) 538-4112<br>FAX No.: (415) 904-5490 | Attorneys for California<br>Department of Insurance<br><br><br><br>Via inter-office mail |

## NON-PARTY

| | |
|---|---|
| Edward Wu<br>Staff Counsel & Public Advisor<br>Office of the Public Advisor<br>**CALIFORNIA DEPARTMENT OF INSURANCE**<br>300 South Spring Street, 12th Floor<br>Los Angeles, CA 90013<br>Tel. No.: (213) 346-6635<br>FAX No.: (213) 897-9241 | (E-Mail) |

3