**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREA STEVENSON,**<br><br>  Plaintiff,<br><br>vs.<br><br>**ALLSTATE INSURANCE CO., ET AL.,**<br><br>  Defendants. | CASE NO. 15-cv-4788-YGR<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

The parties having informed the Court that they are still appearing before Chief Administrative Law Judge Kristin L. Rosi for an administrative hearing. Plaintiff's claims in this case were stayed pursuant to the Court's March 17, 2016 Order. (Dkt. No. 43.) Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **CLOSED** for statistical purposes only.

Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 30 (thirty) days of the resolution of the administrative process, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

Dated: July 23, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**