# Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

cand.uscourts.gov

**Post-Distribution Accounting Form**

For guidance and instruction, please see
https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/

| | |
|---|---|
| Case Number (YY-xx-#####) | |
| Case Name | |
| Attorney Name | |
| Nature of Action | |
| Attorney Email | |
| Party Represented | |
| This is: | An interim post-distribution accounting.<br>Not all settlement funds have been distributed.<br>_  A final post-distribution accounting.<br>All settlement funds have been distributed. |

| | | | |
|---|---|---|---|
| 1.  Total settlement fund | $ | | |
| 2.  Number of class members | # | | |
| 3.  Number of class members to whom notice was sent and not returned as undeliverable | # | | |
| 4.  Number of claim forms submitted | # | N/A | |
| 5.  Percentage of claim forms submitted  [=Q4/Q3] | % | N/A | |
| 6.  Number of opt-outs | # | | |
| 7.  Percentage of opt-outs  [=Q6/Q3] | % | | |
| 8.  Number of objections | # | | |
| 9.  Percentage of objections  [=Q8/Q3] | % | | |
| 10. Average recovery per claimant | $ | | |
| 11. Median recovery per claimant | $ | | |
| 12. Maximum recovery per claimant | $ | | |

| 13. Minimum recovery per claimant | $ |
|---|---|

| 14. Methods of notice to class members [1 or more], and percentage of success by method if known. Leave percentage blank if not known. | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Mail | | Email | | Text | |
| | | Advertisement | | Website | | Other | |

| 15. Methods of payment to class members [1 or more], and percentage of success by method if known.  Leave percentage blank if not known. | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Direct Deposit | | Gift Card | | Paper Check | |
| | | Wire | | Payment App | | Other | |

| 16. Number of checks not cashed | # |
|---|---|
| 17. Total value of checks not cashed | $ |

| 18. Amount of settlement funds claimed by class member | $ | N/A |
|---|---|---|

| 19. Amount of settlement funds distributed to class members | $ |
|---|---|

| 20. Amounts distributed to each cy pres recipient | | Name | Amount |
|---|---|---|---|
| | 1. | | $ |
| | 2. | | $ |
| | 3. | | $ |
| | 4. | | $ |
| | 5. | | $ |
| | 6. | | $ |
| | 7. | | $ |
| | 8. | | $ |
| | 9. | | $ |
| | 10. | | $ |

| 21. Administrative costs (final costs will be provided after any residual distributions) | $ |
|---|---|
| 22. Attorneys' fees | $ |
| 23. Attorneys' costs excluding expert costs | $ |
| 24. Expert costs | $ |

| | |
|---|---|
| 25. Attorneys' fees in terms of percentage of the settlement fund | % |
| 26. Plaintiffs' counsel's final lodestar total | $ |
| 27. Lodestar multiplier [# x.y] | # x.y |
| 28.     Describe any potential fraud issues encountered, the likely causes, and how they were addressed | |
| | |
| 29. Number of class members availing themselves of nonmonetary relief | # |
| 30. Aggregate value redeemed | $ |

Continued on next page.

| |
|---|
| 31. Where injunctive and or other non-monetary relief has been obtained, discuss the benefit conferred on the class. |
| The Settlement Agreement also requires that Allstate file a new class plan that does not consider an individual's or class's willingness to pay a higher premium, which Allstate recently filed with the California Department of Insurance. Allstate must also explain in writing the basis of any relativity selections it makes that exceed the indicated relativity by more than 5% in any class plan it files over the next ten years, which Allstate has already done. Finally, the Settlement Agreement prohibits Allstate in the future from considering an individual or class's willingness to pay higher premiums in setting its rates. |
| 32. Other notes and issues required to be addressed by judge's standing order. |
| |

End of form.