# Exhibit B

Stevenson v. Allstate
c/o Kroll Settlement Administration LLC
PO Box 225391
New York, NY 10150-5391

Reference Number: <<refnum>>
Check Number: <<checknumber>>
Check Amount: <<amount>>
Check Date: <<date>>

<Reference Number Barcode>>

<<Reference Number>>

<<First Name>> <<Middle Initial>> <<LastName>>
<<Address1>>
<<Address2>>
<<City>>, <<State> <<Zip>>

The attached check represents your full and final payment in connection with *Stevenson v. Allstate Insurance Co., et al.,* Case No. 4:15-cv-04788-YGR (N.D. Cal.).

This Settlement Class Member Payment is tendered to you in consideration for your release from liability of Defendant and other Released Parties as set forth in the Settlement Agreement. This Settlement Class Member Payment is final and conclusive.

Please be advised that you have until **<<DATE>>,** to cash and/or deposit the check. Thereafter, your check shall be deemed void, and you will not be entitled to receive any payment under this Settlement.

You should consult with your tax advisor to determine the tax consequences, if any, of this Settlement Class Member Payment to you.

All inquiries and address changes should be in writing, reference your reference number or check number, and be forwarded to the Settlement Administrator at: Stevenson v. Allstate, c/o Kroll Settlement Administration LLC, PO Box 225391, New York, NY 10150-5391. You may also contact the Settlement Administrator by calling the toll-free telephone number: (833) 383-4978.

Thank you,

Kroll Settlement Administration LLC

Settlement Administrator